ALICE LARAINE DIMERY, Appellant, v ULSTER SAVINGS BANK, Respondent.

Submitted February 5, 2007; decided March 27, 2007

Motion for reconsideration of this Court's December 21, 2006 dismissal order denied [*see* 7 NY3d 920]. Cross motion for the imposition of sanctions denied.

IVAN DIMICH, Appellant, v MED-PRO, INC., Defendant, and ALBERS MEDICAL DISTRIBUTORS, INC., et al., Respondents.

Submitted January 8, 2007; decided March 27, 2007

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion for class action certification, renewal and reargument, and leave to serve an amended complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.